IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD LAWSON
ADC #800159                                                                PLAINTIFF

v.                          No. 5:18-cv-134-DPM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                         DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Motion to voluntarily dismiss, № 12, granted. FED. R. CIV. P. 41(a)(2). Lawson's complaint will be dismissed without prejudice. The pending motion to dismiss, № 10, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2018