# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**RICHARD LAWSON**
**ADC #800159**                                              **PLAINTIFF**

v.                              **No. 5:18-cv-134-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                     **DEFENDANT**

## JUDGMENT

Lawson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

*22 August 2018*